*Office of the Standing Chapter 13 Trustee*
*Marianne DeRosa*
*125 Jericho Turnpike, Suite 105*
*Jericho, New York 11753*
*516-622-1340*

September 20, 2018

U.S. Bankruptcy Court
Long Island Federal Courthouse
Attn: Financial Department
290 Federal Plaza
Central Islip, NY 11722-4437

#250933
9/21/18

Re:    Shawn Marshall
       50 Sugar Toms Road, East Norwich, NY 11732
       Chapter 13 Case No: 817-76682-LAS

Dear Financial Clerk:

My Chapter 13 Trustee check numbers 851726 in the sum of $4,800.00 payable to the Clerk of the Court, will be sent under separate cover.

With reference to the above-captioned bankruptcy case, the check represents an unclaimed dividend or an unclaimed refund due to:

Debtor Refund

All returned and cancelled checks must be retained by this office for future reference by either creditor inquiries, debtor inquiries or by my auditors. Additionally, it is impossible to provide an original bank statement indicating a stop payment or cancelled check on every returned check by creditors under my Chapter 13 Trustee distribution.

Thank you for your courtesy.

Very truly yours,

Marianne DeRosa, Trustee

MDR/vk

*Office of the Standing Chapter 13 Trustee*
*Marianne DeRosa*
*125 Jericho Turnpike, Suite 105*
*Jericho, New York 11753*
*516-622-1340*

September 20, 2018

U.S. Bankruptcy Court
Long Island Federal Courthouse
Attn: Financial Department
290 Federal Plaza
Central Islip, NY 11722-4437

#251932

9/21/18

Re:    Shawn Marshall
       50 Sugar Toms Road, East Norwich, NY 11732
       Chapter 13 Case No: 817-76682-LAS

Dear Financial Clerk:

My Chapter 13 Trustee check numbers 851725 in the sum of $8,928.00 payable to the Clerk of the Court, will be sent under separate cover.

With reference to the above-captioned bankruptcy case, the check represents an unclaimed dividend or an unclaimed refund due to:

Debtor Refund

All returned and cancelled checks must be retained by this office for future reference by either creditor inquiries, debtor inquiries or by my auditors. Additionally, it is impossible to provide an original bank statement indicating a stop payment or cancelled check on every returned check by creditors under my Chapter 13 Trustee distribution.

Thank you for your courtesy.

Very truly yours,

Marianne DeRosa, Trustee

MDR/vk